**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7796**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM M. BRYSON, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., District Judge.  (CR-01-240)

---

Submitted:  March 25, 2004          Decided:  March 31, 2004

---

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William M. Bryson, Jr., Appellant Pro Se.  Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina; Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William M. Bryson, Jr., appeals from the district court's order denying his motion for return of property pursuant to Fed. R. Crim. P. 41.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  <u>See</u> <u>Floyd v. United States</u>, 860 F.2d 999, 1003 (10th Cir. 1988).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>